# Exhibit B – Declaration of Service

Electronically Filed
5/20/2021 4:12 PM
Steven D. Grierson
CLERK OF THE COURT

**DECL**
Clark Hill PLLC
Paola M. Armeni
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
State Bar No.: 8357
Attorney(s) for: Plaintiffs, Morgan Family

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Bonnie Lopez, individually as sister and Special Administrator for the Estate of Melody Morgan, deceased, et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>The State of Nevada ex rel. Nevada Department of Corrections, et al.<br><br>Defendant(s). | Case No.: A-20-814296-C<br><br>Dept. No.: 1<br><br>Date:<br>Time:<br><br><br><br>**DECLARATION OF SERVICE** |

I, Diana Brown, being duly sworn deposes and says: That at all times herein Declarant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #1926, and not a party to or interested in the proceeding in which this Declaration is made. The Declarant received **1 copy** of the: **Letter dated May 13, 2021; Summons – Civil; First Amended Complaint; Exhibit 1** on the **13th** day of **May**, **2021** and served the same on the **19th** day of **May**, **2021** at **11:33am** by delivering and leaving a copy with the **Defendant**, **Jazmina Flanigan,** at **Place of Employment, Clark County Detention Center, 330 S. Casino Center Blvd., Las Vegas, NV 89101**.

PURSUANT to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Dated: May 20, 2021

Declarant: Diana Brown
#: R-2021-03662

J & L Process Service, License # 1926
Work Order No: 21-14397

J & L Process Service
420 N. Nellis Blvd., A3-197,
Las Vegas, NV 89110
(702) 883-5725
JLProcessSvc@gmail.com

1 of 1