AARON D. FORD
Attorney General
Akke Levin (Bar No. 9102)
Senior Deputy Attorney General
Katlyn M. Brady (Bar No. 14173)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
alevin@ag.nv.gov
katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*Gary Piccinini, Bryan Shields, Dwight Neven,*
*Joel Tyning, Nevada Department of Corrections,*
*Jane Balao, Christopher Shields,*
*and Rosemarie McCrary*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and Special Administrator for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER JOEL TYNING, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANAGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.  2:21-cv-01161-JAD-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT JOEL TYNING PURSUANT TO FED. R. CIV. P. 41**<br><br>ECF No. 10 |

. . .

IT IS HEREBY STIPULATED between Plaintiffs Bonnie Lopez, individually as sister and Special Administrator of the estate of Melody Morgan, and Colleen Lackey, individually as mother of Melody Morgan (collectively "Plaintiffs") and Defendant Joel Tyning (sued as "Joel Tynning"), by and through their undersigned counsel of record, that all Plaintiffs' claims against Joel Tyning in this case are and shall hereby be dismissed with prejudice, with each party to bear his, her, or its own attorneys' fees and costs.

| DATED this 14th day of July, 2021. | DATED this 14th day of July, 2021. |
|---|---|
| AARON D. FORD<br>Attorney General | CLARK HILL, LLP |
| By: */s/ Akke Levin*<br>    Akke Levin (Bar No. 9102)<br>    Senior Deputy Attorney General<br>    Katlyn Brady (Bar No.14173)<br>    Senior Deputy Attorney General<br>    *Attorneys for Defendants* | By: */s/ Paola Armeni*<br>    Paola Armeni (Bar No. 8357)<br>    3800 Howard Hughes Pkwy., Ste. 500<br>    Las Vegas, NV  89169<br>    *Attorneys for Plaintiffs* |

### ORDER

Based on the parties' stipulation **[ECF No. 10]**, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Joel Tyning, sued as "Joel Tynning," are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 22, 2021