PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@clarkhill.com
JEREMY J. THOMPSON, ESQ.
Nevada Bar No. 12503
E-mail: jthompson@clarkhill.com
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: 702-862-8300
Facsimile: 702-862-8400
*Attorney for Plaintiffs, Morgan Family*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER JOEL TYNING, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-01161-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**( FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2 and LR 26-4, Plaintiffs BONNIE LOPEZ, individually as sister and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M. Armeni, Esq., and Jeremy J. Thompson of the law firm of Clark Hill, PLLC; and Defendants Brigido Bayawa, Leilani Flores, and Ma Lita Sastrillo, by and

through their counsel, Phillip N. Smith, Jr., Esq. and Marissa T. Fehrman, Esq., of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC; Defendant Jazmina Flanigan, by and through her counsel, Daniel R. McNutt, Esq. and Matthew C. Wolf, Esq., of the law firm McNutt Law Firm, P.C.; Defendants Jane Balao, Rosemarie McCrary, Gary Piccinini, Bryan Shields, Dwight Neven, Chris Shields, and Nevada Department of Corrections ("NDOC"), by and through their counsel, Aaron Ford, Esq., Akke Levin, Esq., and Katlyn M. Brady, Esq., of the Office of the Attorney General of the State of Nevada; and Defendant Karissa Currier, by and through her counsel, Cameron Vandenberg, Esq., of the Office of the Attorney General of the State of Nevada, (collectively, "Defendants"), hereby stipulate to extend the current discovery deadlines for a period of sixty (60) days.

This is the first request for an extension of the Discovery Plan and Scheduling Order that was entered in this matter on August 6, 2021, which results from the following: there are multiple parties in this matter, the parties are in the process of propounding and responding to written discovery, both parties will need to conduct additional written discovery as well as take depositions prior to expert witnesses being retained and disclosed. The current expert deadline is September 16, 2021. Neither party can meet this current deadline.

Based on the foregoing, the parties have shown good cause to extend the current deadlines and request that the Court enter an Order with new deadlines as requested below.

**A. DISCOVERY COMPLETED TO DATE**

The following discovery has been completed:

Plaintiffs and Defendants have served their initial disclosures.

Defendants NDOC, Neven, Shields, and Piccinini served, and Plaintiffs responded to written discovery.

Defendant Flanigan propounded written discovery on Defendant Karissa Currier.

Defendant Flanigan propounded written discovery on Plaintiff's Lackey and Lopez.

Defendant Flanigan propounded written discovery on Defendant Bryan Shields.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED**

The parties will continue to propound written discovery on other named parties and both

**Error! Unknown document property name.**

Plaintiffs and Defendants will likely serve subpoenas as needed. All parties will seek to schedule depositions of the parties, witnesses and potential experts.

### C. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:

Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for approximately 60 days from December 15, 2021 to **February 14, 2022**.

2. Amendments to Pleadings and Adding Parties

The parties shall file motions to amend the pleading and add parties 90 days before the extended discovery cut-off date, and therefore, not later than **November 16, 2021.**

3. Expert Disclosures

The parties shall disclose opening expert reports 90 days before the extended discovery cut-off date, and therefore, not later than **November 16, 2021.**

The parties shall disclose rebuttal expert reports 60 days after initial expert report(s), and therefore, not later than **January 14 , 2021.**

4. Dispositive Motions Deadline

The parties shall file dispositive motions 30 days after the extended discovery cut-off date of February 14, 2022, and therefore, not later than **March 16, 2022**.

5. Pretrial Order

The parties shall file the joint pretrial order **April 15, 2022** or approximately 30 days after resolution of dispositive motions.

///

///

///

///

///

///

///

///

**Error! Unknown document property name.**

| | |
|---|---|
| DATED this 26th day of August 2021. | DATED this 26th day of August 2021. |
| CLARK HILL, PLLC<br>/s/ Paola M.. Armeni<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>JEREMY J. THOMPSON, ESQ.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy., #500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiffs, Morgan Family* | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br>/s/ Phillip N. Smith, Jr.<br>PHILLIP N. SMITH, JR., ESQ.<br>Nevada Bar No. 10233<br>MARISSA T. FEHRMAN, ESQ.<br>Nevada Bar No. 15544<br>6385 S. Rainbow Blvd., Ste. 400<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants Brigido Bayawa, Leilani Flores and Ma Lita Sastrillo* |
| Dated this 26th day of August 2021. | DATED this 26th day of August 2021. |
| OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General<br>/s/ Cameron Vandenberg<br>CAMERON VANDENBERG, ESQ.<br>Nevada Bar No. 4356<br>5420 Kietzke Lane, Suite 2020<br>Reno, Nevada 89511<br>Tel: (775) 687-2132<br>*Attorney for Karissa Currier* | OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General<br>/s/ Akke Levin<br>AKKE LEVIN, ESQ.<br>Nevada Bar No. 9102<br>KATLYN M. BRADY, ESQ.<br>Nevada Bar No. 14173<br>555 East Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Jane Balao, Rosemarie McCrary, Chris Shields, and Nevada Department of Corrections* |
| DATED this 26th day of August 2021.<br><br>MCNUTT LAW FIRM, P.C.<br>/s/ Daniel R. McNutt<br>DANIEL R. MCNUTT, ESQ.<br>Nevada Bar No. 7815<br>MATTHEW C. WOLF, ESQ.<br>Nevada Bar No. 10801<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Officer Jazmina Flanigan* | |

**IT IS SO ORDERED.**

Dated this _____ day of August 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**Error! Unknown document property name.**