AARON D. FORD
  Attorney General
Akke Levin (Bar No. 9102)
  Senior Deputy Attorney General
Katlyn M. Brady (Bar No. 14173)
  Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
alevin@ag.nv.gov
katlynbrady@ag.nv.gov

*Attorneys for Defendants*
*Gary Piccinini, Bryan Shields,*
*Dwight Neven, Nevada Department of Corrections,*
*Jane Balao, Christopher Shields, and Rosemarie McCrary*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and Special Administrator for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, | CASE NO. 2:21-cv-01161-JAD-BNW |
| Plaintiffs, | |
| vs. | **MOTION TO EXCUSE PERSONAL ATTENDANCE OF BRYAN SHIELDS AT DECEMBER 1, 2021 SETTLEMENT CONFERENCE (ECF NO. 22)** |
| THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER JOEL TYNNING, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANAGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive, | |
| Defendants. | |

. . .

. . .

Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Nevada Department of Corrections ("NDOC"), Jane Balao, Christopher Shields, and Rosemarie McCrary (collectively "NDOC Defendants") hereby request this Court to excuse defendant Bryan Shields' personal attendance at the settlement conference, which was recently rescheduled from October 20, 2021, to December 1, 2021.  *See* ECF Nos. 16, 20, and 22.

## I.    INTRODUCTION

On August 6, 2021, the Court entered an order scheduling a settlement conference for October 20, 2021 to take place via Zoom videoconference.  ECF No. 16 at 1.

At the request of Plaintiffs' counsel, who cited a conflict on October 20, 2021, the parties discussed alternative dates to hold the settlement conference.  The dates that worked best for most parties, their representatives, their counsel, and the Court were December 1 and December 2.  Thereafter, the parties submitted a stipulation and order to reschedule the settlement conference for December 1, 2021, ECF No. 20, which the Court granted on August 27, 2021.  ECF No. 22.

For the reasons stated below, the NDOC Defendants request this Court to excuse Bryan Shields from personally participating in the Zoom settlement conference.

## II.    ARGUMENT

The Order Scheduling Settlement Conference requires "all individual parties" to appear at the settlement conference and "prepare to participate in the Settlement Conference for the entire business day unless Judge Weksler indicates otherwise."  ECF No. 16 at 1:18-19; *id.* at 2:4.  Although the Order Scheduling Settlement Conference does not specifically allow for a procedure whereby a party can seek to be excused, the Court typically allows parties to file a motion or request to excuse a party's attendance.  *See, e.g.*, Case 2:15-cv-01228-APG-DJA, ECF No. 518 at 2:6-7 ("A request for an exception to the above attendance requirements must be filed and served on all parties at least 14 days before the SC").

Good cause exists to excuse Bryan Shields from personally participating in the settlement conference.  This is a multi-party case—two plaintiffs and 12 defendants—

involving five sets of counsel, making scheduling especially difficult. Bryan Shields is the only (NDOC) defendant unable to attend the settlement conference due to a preplanned vacation. *See* Ex. A, Bryan Shields Declaration ¶ 4. All six other NDOC defendants are available to participate in the December 1, 2021 settlement conference.

Mr. Shields' absence would not frustrate the settlement conference, because he has agreed to make himself available via cell phone if his input or assistance is needed. Ex. A., Bryan Shields Declaration ¶ 4. Moreover, individuals with full settlement authority will be present and participate on Mr. Shields' behalf: NDOC will be represented by deputy director Brian Williams, and the State's tort claim manager, Nancy Katafias.

Finally, none of the parties object to Mr. Shields not personally participating in the Zoom videoconference; they agreed to Mr. Shields making himself available via cell phone instead. *See* SAO Rescheduling Settlement Conference, ECF 20, at 2 n. 1.

For these reasons, the NDOC defendants respectfully request this Court to excuse Bryan Shields from personally participating in the December 1 settlement conference.

DATED this 27th day of August, 2021.

AARON D. FORD
Attorney General

By: /s/ Akke Levin
Akke Levin (Bar No. 9102)
Senior Deputy Attorney General
Katlyn M. Brady (Bar No. 14173)
Senior Deputy Attorney General
*Attorneys for Defendants*
*Gary Piccinini, Bryan Shields, Dwight Neven,*
*Nevada Department of Corrections, Jane Balao,*
*Christopher Shields, and Rosemarie McCrary*

**IT IS SO ORDERED**

**DATED:** 4:54 pm, August 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**