# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Plaintiffs. | CASE NO.: 2:21-cv-01161-ART-NJK<br><br>**ORDER APPROVING**<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO NURSE DEFENDANTS LEILANI FLORES, MALITA SASTRILLO, AND BRIGIDO BAYAWA'S MOTION IN LIMINE TO PRECLUDE OPINIONS AND TESTIMONY OF STAN SMITH, PH.D.** |

Plaintiffs BONNIE LOPEZ, individually as sister and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M.

Page 1 of 3

Armeni, Esq., and Tiffany Solari, Esq., of the law firm of Clark Hill, PLLC; and Defendants Brigido Bayawa, Leilani Flores, and Ma Lita Sastrillo, by and through their counsel, Phillip N. Smith, Jr., Esq., and Marissa T. Fehrman, Esq., of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC ("Defendants"), hereby respectfully submit this Stipulation and Order for Plaintiffs to File Their Response to Nurse Defendants Leilani Flores, Ma Lita Sastrillo, And Brigido Bayawa's Motion In Limine To Preclude Opinions And Testimony Of Stan Smith, Ph.D. ("Motion") [DKT 96] filed April 7, 2023. The parties are respectfully requesting that the Court extend the deadline for Plaintiffs to respond to the Motion for an additional fourteen (14) days, up to and including May 5, 2023.

Although Plaintiffs' counsel has begun working on responding to the Motion, counsel requires an extension to complete the Response. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their response to said Motion be extended an additional fourteen (14) days up to and including May 5, 2023

APROVED AS TO FORM AND CONTENT on the 17th day of April 2023:

| CLARK HILL, PLLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| /s/ Paola M. Armeni<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>TIFFANY SOLARI, ESQ.<br>Nevada Bar No. 16003<br>1700 S. Pavilion Center Drive, Suite #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Morgan Family* | /s/ Phillip N. Smith, Jr.<br>PHILLIP N. SMITH, JR., ESQ.<br>Nevada Bar No. 10233<br>MARISSA T. FEHRMAN, ESQ.<br>Nevada Bar No. 15544<br>6385 S. Rainbow Blvd., Ste. 400<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants Brigido Bayawa, Leilani Flores and Ma Lita Sastrillo* |

**IT IS SO ORDERED.**

**DATED: April 19, 2023.**

_____
Anne R. Traum
United States District Court Judge

CLARKHILL\J7638\406405\271304567.v2-4/17/23