1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, | CASE NO.: 2:21-cv-01161-ART-NJK |
| Plaintiffs, | |
| vs. | **ORDER APPROVING** |
| THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFFS' RESPONSES** (2nd Request) |
| Plaintiffs. | |

Plaintiffs BONNIE LOPEZ, individually as sister and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M.

Page **1** of **3**

CLARKHILL\J7638\406405\271348009.v1-4/19/23

Armeni, Esq., and Tiffany Solari, Esq., of the law firm of Clark Hill, PLLC; Defendants Brigido Bayawa, Leilani Flores, and Ma Lita Sastrillo, by and through their counsel, Phillip N. Smith, Jr., Esq. of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC; Defendant Jazmina Flanigan, by and through her counsel, Daniel R. McNutt, Esq. and Matthew C. Wolf, Esq., of the law firm McNutt Law Firm, P.C.; Defendants Jane Balao, Rosemarie McCrary, Gary Piccinini, Bryan Shields, Dwight Neven, Chris Shields, and Nevada Department of Corrections ("NDOC") (collectively "NDOC Defendants"), by and through their counsel, Lorin M. Taylor, Esq., of the Office of the Attorney General of the State of Nevada; and Defendant Karissa Currier, by and through her counsel, Cameron P. Vandenberg, Esq., of the Office of the Attorney General of the State of Nevada, (collectively, "Defendants"), hereby respectfully submit this Stipulation and Order Extending Time for Plaintiffs to respond to Defendant Jazmina Flanigan's Motion for Summary Judgment [DKT 69], Defendant NDOC's Motion for Summary Judgment [DKT 74], Defendant Karissa Currier's Motion for Summary Judgment [DKT 80], Defendant Brigido Bayawa, Leilani Flores, and La Lita Sastrillo's Motion for Summary Judgment [DKT 84], all filed on February 13, 2023, with a current deadline of April 20, 2023. The parties are respectfully requesting that the Court extend the deadline for the Plaintiffs to respond to the Motions for Summary Judgment for an additional seven (7) days, up to and including April 27, 2023. The reply briefs to Plaintiff's responses will be due on May 22, 2023.

Although Plaintiffs' counsel has been diligently working on responding to Defendants' Motions for Summary Judgment, counsel requires a short extension to complete the Responses. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their response to Defendants Jazmina Flanigan, NDOC, Karissa Currier, Brigido Bayawa, Leilani Flores, and La Lita Sastrillo's Motions for Summary Judgment be extended an additional seven (7) days up

//

//

to and including April 27, 2023 and Defendants' reply briefs be due on May 22, 2023.

APROVED AS TO FORM AND CONTENT on the 19th day of April 2023:

| | |
|---|---|
| CLARK HILL, PLLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| /s/ Paola M. Armeni<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>TIFFANY SOLARI, ESQ.<br>Nevada Bar No. 16003<br>1700 S. Pavilion Center Drive, Suite #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Morgan Family* | /s/ Phillip N. Smith<br>PHILLIP N. SMITH, JR., ESQ.<br>Nevada Bar No. 10233<br>MARISSA T. FEHRMAN, ESQ.<br>Nevada Bar No. 15544<br>6385 S. Rainbow Blvd., Ste. 400<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants Brigido Bayawa, Leilani Flores and Ma Lita Sastrillo* |
| OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General | OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General |
| /s/ Cameron P. Vandenberg<br>CAMERON P. VANDENBERG, ESQ.<br>Nevada Bar No. 4356<br>5420 Kietzke Lane, Suite 202<br>Reno, Nevada 89511<br>*Attorney for Karissa Currier* | /s/ Lorin M. Taylor<br>LORIN M. TAYLOR, ESQ.<br>Nevada Bar No. 14958<br>555 East Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Jane Balao, Rosemarie McCrary, Chris Shields, and Nevada Department of Corrections* |
| MCNUTT LAW FIRM, P.C. | |
| /s/ Matthew C. Wolf<br>DANIEL R. MCNUTT, ESQ.<br>Nevada Bar No. 7815<br>MATTHEW C. WOLF, ESQ.<br>Nevada Bar No. 10801<br>11441 Allerton Park Dr. #100<br>Las Vegas, Nevada 89135<br>*Attorneys for Officer Jazmina Flanigan* | |

## ORDER

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: April 19, 2023