1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BONNIE LOPEZ, individually as sister and Special Administrator for the Estate of MELODY MORGAN, deceased; COLLEN LACKEY, individually as mother of Melody Morgan, deceased, | ) ) ) ) ) ) | Case No. 2:21-cv-01161-ART-BNW |

Plaintiffs,

vs.

THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER JOEL TYNNING, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANAGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,

Defendants.

**ORDER APPROVING**

STIPULATION AND TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Defendant Karissa Currier, by and through her counsel, Cameron Vandenberg, Chief Deputy Attorney General; Defendants Jane Balao, Rosemarie McCrary, Gary Piccinini, Bryan Shields, Dwight Neven, Chris Shields, and Nevada Department of Corrections ("NDOC") (collectively "NDOC Defendants"), by and through their counsel, Lorin M. Taylor, Deputy Attorney General; Defendants Brigido Bayawa, Leilani Flores, and Ma Lita Sastrillo, by and through their counsel, Phillip N. Smith,

Jr., Esq., and Marissa T. Fehrman, Esq.; and Defendant Jazmina Flanigan, by and through her counsel, Daniel R. McNutt, Esq., and Matthew C. Wolf, Esq. (collectively, "Defendants"); and Plaintiffs BONNIE LOPEZ, individually as sister and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M. Armeni, Esq., and Tiffany Solari, Esq., of the law firm of Clark Hill, PLLC, hereby respectfully submit this Stipulation and Order Extending Time for Defendants to submit their Replies to Plaintiffs' Responses (ECF Nos. 109, 112, 115, 118) to Defendants' Motions for Summary Judgement, with a current deadline of May 22, 2023. The parties are respectfully requesting that the Court extend the deadline for Defendants to reply to the Responses to Motions for Summary Judgment for an additional three (3) days, up to and including May 25, 2023.

Although Defendants' counsel has been working on responding to Plaintiffs' Responses to Defendants' Motions for Summary Judgment, counsel requires an extension to complete the Replies due to illness of Defendant Currier's counsel. This request for extension is made in good faith and is not for the purposes of delay.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1    WHEREFORE, the parties stipulate that the time for Defendants to file their Replies to Plaintiffs'

2  Responses to Defendants' Motions for Summary Judgment be extended an additional three (3) days up

3  to and including May 25, 2023.

4  APPROVED AS TO FORM AND CONTENT on the 22nd day of May, 2023.

CLARK HILL, PLLC                          WEINBERG, WHEELER, HUDGINS, GUNN
5                                             & DIAL, LLC

6  */s/ Paola M. Armeni*                      */s/ Phillip N. Smith Jr.*
PAOLA M. ARMENI, ESQ.                     PHILLIP N. SMITH, JR., ESQ.
7  Nevada Bar No. 8357                        Nevada Bar No. 10233
TIFFANY SOLARI, ESQ.                      MARISSA T. FEHRMAN, ESQ.
8  Nevada Bar No. 16003                       Nevada Bar No. 15544
1700 S. Pavilion Center Drive, Suite #500  6385 S. Rainbow Blvd., Ste. 400
9  Las Vegas, Nevada 89135                    Las Vegas, Nevada 89118
*Attorneys for Plaintiffs, Morgan Family*   *Attorneys for Defendants Brigido Bayawa,*
10                                            *Leilani Flores and Ma Lita Sastrillo*

11

12  OFFICE OF THE ATTORNEY GENERAL            OFFICE OF THE ATTORNEY GENERAL
AARON FORD, Attorney General              AARON FORD, Attorney General
13
*/s/ Cameron P. Vandenberg*                */s/ Lorin M. Taylor*
14  CAMERON P. VANDENBERG                      LORIN M. TAYLOR
Chief Deputy Attorney General             Deputy Attorney General
15  Nevada Bar No. 4356                        Nevada Bar No. 14958
5420 Kietzke Lane, Suite 2020             555 East Washington Ave. Ste. 3900
16  Reno, Nevada 89511                         Las Vegas, Nevada 89101
*Attorneys for Defendant Karissa Currier*   *Attorneys for Defendants Gary Piccinini,*
17                                            *Bryan Shields, Dwight Neven, Jane Balao,*
MCNUTT LAW FIRM, P.C.                      *Rosemarie McCrary, Chris Shields,*
18                                            *and Nevada Department of Corrections*
*/s/ Daniel R. McNutt*
19  DANIEL R. MCNUTT, ESQ.
Nevada Bar No. 7815
20  MATTHEW C. WOLF, ESQ.
Nevada Bar No. 10801
21  11441 Allerton Park Dr. #100
Las Vegas, Nevada 89135
22  *Attorneys for Defendant Jazmina Flanigan*

23                              **ORDER**
24
IT IS SO ORDERED.
25
DATED: May 24, 2023
26

27  _____
Anne R. Traum
28  United States District Court Judge