**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Plaintiffs. | CASE NO.: 2:21-cv-01161-ART-NJK<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR REPLY TO DEFENDANTS' RESONSE TO PLAINTIFFS' MOTION TO STRIKE**<br>**(1st Request)** |

Plaintiffs BONNIE LOPEZ, individually as sister and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M.

Page **1** of 3

CLARKHILL\J7638\406405\272041181.v1-6/22/23

Armeni, Esq., and Tiffany Solari, Esq., of the law firm of Clark Hill, PLLC; and Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Jane Balao, Christopher Shields, Rosemarie McCrary, and Nevada Department of Corrections ("NDOC") (collectively "NDOC Defendants"), by and through their counsel, Jessica E. Whelan, Esq., Marin Watkins, Esq. and Lorin M. Taylor, Esq. of the Office of the Attorney General of the State of Nevada (collectively, "Defendants"), hereby respectfully submit this Stipulation and Order Extending Time for Plaintiffs to file a reply to NDOC Defendants' Opposition to Plaintiffs' Motion to Strike filed on June 20, 2023 [DKT 140], with a current deadline of June 27, 2023. The parties are respectfully requesting that the Court extend the deadline for the Plaintiffs to reply to the Opposition for an additional ten (10) days, up to and including July 7, 2023.

Although Plaintiffs' counsel has been diligently working on replying to NDOC Defendants' Opposition, counsel requires a short extension to complete the Reply.  This request for extension is made in good faith and not for the purposes of delay.

//

//

//

//

//

//

//

CLARKHILL\J7638\406405\272041181.v1-6/22/23

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their Reply to NDOC Defendants' Response to Plaintiffs' Motion to Strike be extended an additional ten (10) days up to and including July 7, 2023.

APROVED AS TO FORM AND CONTENT on the 26th day of June 2023:

| CLARK HILL, PLLC | OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General |
|---|---|
| /s/ Tiffany Solari<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>TIFFANY SOLARI, ESQ.<br>Nevada Bar No. 16003<br>1700 S. Pavilion Center Drive, Suite #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Morgan Family* | /s/ Jessica E. Whelan<br>MARNI WATKINS, ESQ.<br>Nevada Bar No. 9674<br>JESSICA E. WHELAN, ESQ.<br>Nevada Bar No. 14781<br>LORIN M. TAYLOR, ESQ.<br>Nevada Bar No. 14958<br>555 East Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Jane Balao, Rosemarie McCrary, Chris Shields, and Nevada Department of Corrections* |

## ORDER

**IT IS SO ORDERED.**

DATED: June 26, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE