MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Officer Jazmina Flanigan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and Special Administrator for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER JOEL TYNING, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01161-ART-NJK<br><br>**Order Granting**<br><br>**Stipulation to Extending Briefing Deadlines to Plaintiffs' Motion to Compel Defendant Flanigan's Responses to Request for Production No. 1**<br><br>**(First Request)** |

Plaintiffs filed their Motion to Compel Defendant Flanigan's Responses to Request for Production No. 1 on July 18, 2023. (Dkt. 144). Counsel for Defendant Jazmina Flanigan is currently preparing for a six-week trial that is scheduled to begin on August 1st. Accordingly, through their respective undersigned counsel, the Parties hereby stipulate to extend the briefing deadlines to Plaintiffs' Motion to Compel Defendant Flanigan's Responses to Request for Production No. 1 as follows:

1. Defendant Jazmina Flanigan shall file her opposition to the Motion to Compel on

1. August 8, 2023; and

2. Plaintiffs shall file their reply in support of the Motion to Compel on August 18, 2023.

This is the Parties' first request for an extension of this deadline.  This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

| | |
|---|---|
| MCNUTT LAW FIRM, P.C. | CLARK HILL, PLLC |
| */s/ Dan McNutt* | */s/ Paola Armeni* |
| Dan McNutt, Esq. (Bar No. 7815) | Paola Armeni, Esq. (Bar No. 8357) |
| Matthew C. Wolf, Esq. (Bar No. 10801) | Tiffany Solari, Esq. (Bar No. 16003) |
| 11441 Allerton Park Drive, Suite 100 | 1700 S. Pavilion Center Drive, Suite 500 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89135 |
| *Attorneys for Defendant Jazmina Flanigan* | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 20, 2023