AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
Chief Deputy Attorney General
NV Bar No. 4356
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Telephone: (775) 687-2100
Facsimile: (775) 688-1822
cvandenberg@ag.nv.gov

*Attorneys for Defendant Karissa Currier*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and Special Administrator for the Estate of MELODY MORGAN, deceased; COLLEN LACKEY, individually as mother of Melody Morgan, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER JOEL TYNNING, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANAGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01161-ART-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANT CURRIER TO FILE RESPONSE TO PLAINTIFFS' MOTION TO COMPEL (ECF NO. 145)**<br><br>(First Request) |

Plaintiffs filed their Motion to Compel Defendant Currier's Responses to Request for Production No. 1 on July 18, 2023. (ECF No. 145.) Defendant Currier's response to the motion is due August 1, 2023. Although Defendant Currier's counsel has been working on responding to Plaintiffs' Motion to Compel, counsel requires an extension to complete the Response due to defense counsel's need to assist a close friend who suffered a stroke last week. Accordingly, the parties, through their respective

Page **1** of **2**

undersigned counsel, hereby stipulate to extend the briefing deadlines to Plaintiffs' Motion to Compel as follows:

    1.    Defendant Currier shall file her opposition to the Motion to Compel on August 8, 2023; and,

    2.    Plaintiffs shall file their reply in support of the Motion to Compel on **August 18th, 2023.**

This is the parties' first request for an extension of this deadline. This request for extension is made in good faith and is not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT on the 1st day of August, 2023.

| CLARK HILL, PLLC | OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General |
|---|---|
| */s/ Paola M. Armeni*<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>TIFFANY SOLARI, ESQ.<br>Nevada Bar No. 16003<br>1700 S. Pavilion Center Drive, Suite #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Morgan Family* | */s/ Cameron P. Vandenberg*<br>CAMERON P. VANDENBERG<br>Chief Deputy Attorney General<br>Nevada Bar No. 4356<br>5420 Kietzke Lane, Suite 2020<br>Reno, Nevada 89511<br>*Attorneys for Defendant Karissa Currier* |

## ORDER

IT IS SO ORDERED.

DATED: August 2, 2023

_____
UNITED STATES MAGISTRATE JUDGE