**CLARK HILL PLLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@clarkhill.com
TIFFANY SOLARI, ESQ.
Nevada Bar No. 16003
E-mail: tsolari@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Telephone:  (702) 862-8300
Facsimile:   (702) 778-9709
*Attorney for Plaintiffs, Morgan Family*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Plaintiffs. | CASE NO.: 2:21-cv-01161-ART-NJK<br><br>**ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR REPLY TO DEFENDANTS' DWIGHT NEVEN AND GARY PICCININI'S OPPOSITION TO PLAINTIFF MORGAN FAMILY'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION NO. 1 [ECF 151]**<br><br>**(1st Request)** |

Plaintiffs BONNIE LOPEZ, individually as sister and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M.

CLARKHILL\J7638\406405\272734572.v1-8/4/23

Armeni, Esq., and Tiffany Solari, Esq., of the law firm of Clark Hill, PLLC; and Defendants Gary Piccinini, and Dwight Neven, by and through their counsel, Jessica E. Whelan, Esq., Marni Watkins, Esq. and Lorin M. Taylor, Esq. of the Office of the Attorney General of the State of Nevada, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiffs to file a reply to Defendants' Dwight Neven and Gary Piccinini's Opposition to Plaintiff Morgan Family's Motion to Compel Responses to Request for Production No. 1 [ECF 151], with a current deadline of August 8, 2023. The parties are respectfully requesting that the Court extend the deadline for the Plaintiffs to reply to the Opposition for an additional seven (7) days, up to and including August 15, 2023.

   Although Plaintiffs' counsel has been diligently working on replying to Defendants' Dwight Neven and Gary Piccinini's Opposition, counsel requires a short extension to complete the Reply. This request for extension is made in good faith and not for the purposes of delay.

//

//

//

//

//

//

//

//

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their Reply to NDOC Defendants' Response to Plaintiffs' Motion to Compel be extended an additional seven (7) days up to and including August 15, 2023.

APROVED AS TO FORM AND CONTENT on the 4th day of August 2023:

| CLARK HILL, PLLC | OFFICE OF THE ATTORNEY GENERAL<br>AARON FORD, Attorney General |
|---|---|
| /s/ Paola M. Armeni<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>TIFFANY SOLARI, ESQ.<br>Nevada Bar No. 16003<br>1700 S. Pavilion Center Drive, Suite #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Morgan Family* | /s/ Jessica E. Whelan<br>MARNI WATKINS, ESQ.<br>Nevada Bar No. 9674<br>JESSICA E. WHELAN, ESQ.<br>Nevada Bar No. 14781<br>LORIN M. TAYLOR, ESQ.<br>Nevada Bar No. 14958<br>555 East Washington Ave. Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Jane Balao, Rosemarie McCrary, Chris Shields, and Nevada Department of Corrections* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 7, 2023

CLARKHILL\J7638\406405\272734572.v1-8/4/23