# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE LOPEZ, et al., | Case No. 2:21-cv-01161-ART-NJK |
| Plaintiffs, | **Order** |
| v. | [Docket No. 157] |
| THE STATE OF NEVADA, et al., | |
| Defendants. | |

Pending before the Court is Defendant Officer Jazmina Flanigan's motion to stay discovery. Docket No. 157. The motion seeks to stay discovery pending resolution of Defendant's motion for summary judgment in the event that the Court grants Plaintiffs' motions to compel. *Id.* at 2; *see also* Docket No. 69 (motion for summary judgment); Docket Nos. 144, 145, 146 (motions to compel). Plaintiffs filed a response. Docket No. 176. Defendant filed a reply. Docket No. 180.

The Court has denied Plaintiffs' motions to compel. Docket No. 181. Accordingly, Defendant's motion to stay discovery is **DENIED** as moot. Docket No. 157.

IT IS SO ORDERED.

Dated: August 31, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1