**CLARK HILL PLLC**
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@clarkhill.com
TIFFANY SOLARI, ESQ.
Nevada Bar No. 16003
E-mail: tsolari@clarkhill.com
1700 S. Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
Telephone:   (702) 862-8300
Facsimile:    (702) 778-9709
*Attorney for Plaintiffs, Morgan Family*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LOPEZ, individually as sister and for the Estate of MELODY MORGAN, deceased; COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, WARDEN DWIGHT NEVEN, individually; GARY PICCININI, ASSISTANT WARDEN, individually; BRYAN SHIELDS, individually; OFFICER KARISSA CURRIER; OFFICER JAZMINA FLANIGAN; NURSE JANE BALAO; NURSE BRIGIDO BAYAWA; NURSE LEILANI FLORES; NURSE ROSEMARY MCCRARY; NURSE MA LITA SASTRILLO; NURSE CHRIS SHIELDS; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Plaintiffs. | CASE NO.: 2:21-cv-01161-ART-NJK<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs BONNIE LOPEZ, individually as sister of and for the estate of MELODY MORGAN, deceased; and COLLEEN LACKEY, individually as mother of MELODY MORGAN, deceased, (collectively, "Morgan Family"), by and through their counsel, Paola M.

Armeni, Esq., and Tiffany Solari, Esq., of the law firm of Clark Hill, PLLC; Defendants Brigido Bayawa, Leilani Flores, and Ma Lita Sastrillo, by and through their counsel, Phillip N. Smith, Jr., Esq. and Sebastian Cribari, Esq. of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC; Defendant Jazmina Flanigan, by and through her counsel, Daniel R. McNutt, Esq. and Matthew C. Wolf, Esq., of the law firm McNutt Law Firm, P.C.; Defendants Jane Balao, Rosemarie McCrary, Gary Piccinini, Bryan Shields, Dwight Neven, Chris Shields, and Nevada Department of Corrections ("NDOC") (collectively "NDOC Defendants"), by and through their counsel, Marni Watkins, Esq., of the Office of the Attorney General of the State of Nevada; and Defendant Karissa Currier, by and through her counsel, Cameron P. Vandenberg, Esq., of the Office of the Attorney General of the State of Nevada, (collectively, "Defendants"), hereby agree and stipulate to the dismissal of Plaintiffs' claims against Defendants with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties have met the conditions of settlement and each party will bear their own attorney's fees and cost.

APPROVED AS TO FORM AND CONTENT on the 6th day of May 2024:

| | |
|---|---|
| CLARK HILL, PLLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| /s/ Paola M. Armeni | /s/ Phillip N. Smith, Jr. |
| PAOLA M. ARMENI, ESQ. | PHILLIP N. SMITH, JR., ESQ. |
| Nevada Bar No. 8357 | Nevada Bar No. 10233 |
| TIFFANY SOLARI, ESQ. | SEBASTIAN CRIBARI, ESQ. |
| Nevada Bar No. 16003 | Nevada Bar No. 15888 |
| 1700 S. Pavilion Center Drive, Suite #500 | 6385 S. Rainbow Blvd., Ste. 400 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89118 |
| *Attorneys for Plaintiffs, Morgan Family* | *Attorneys for Defendants Brigido Bayawa, Leilani Flores and Ma Lita Sastrillo* |
| OFFICE OF THE ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL |
| AARON FORD, Attorney General | AARON FORD, Attorney General |
| /s/ Cameron P. Vandenberg | /s/ Marni K. Watkins |
| CAMERON P. VANDENBERG, ESQ. | MARNI K. WATKINS, ESQ. |
| Nevada Bar No. 4356 | Nevada Bar No. 9674 |
| 5420 Kietzke Lane, Suite 202 | 555 East Washington Ave. Ste. 3900 |
| Reno, Nevada 89511 | Las Vegas, Nevada 89101 |
| *Attorney for Karissa Currier* | *Attorneys for Defendants Gary Piccinini, Bryan Shields, Dwight Neven, Jane Balao, Rosemarie McCrary, Chris Shields, and Nevada Department of Corrections* |
| MCNUTT LAW FIRM, P.C. | |
| /s/ Matthew C. Wolf | |
| DANIEL R. MCNUTT, ESQ. | |
| Nevada Bar No. 7815 | |
| MATTHEW C. WOLF, ESQ. | |
| Nevada Bar No. 10801 | |
| 11441 Allerton Park Dr. #100 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Officer Jazmina Flanigan* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2024